AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

### Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   21cr405-WQH |
| JUSTIN MICHAEL KINNEY | ) | USM No: _____ |
| | ) | |
| Date of Original Judgment:   05/10/2022 | ) | |
| Date of Previous Amended Judgment: _____ | ) | _____ |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant moves for a reduced sentence as a result of the U.S. Sentencing Commission's retroactive amendment to USSG § 4A1.1(e), because the number of "status points" applicable to Defendant would have been reduced from two to one under the amended version of § 4A1.1(e). However, under the amended version of § 4A1.1(e), Defendant nonetheless would have 20 criminal history points, and Defendant would remain in criminal history category VI, which is the same criminal history category he was in at sentencing, and would result in no change to Defendant's sentencing guideline range. (*See* PSR ¶¶ 56-58.) Defendant is therefore ineligible for a reduced sentence under USSG § 1B1.10(a)(2)(B). Even if the Court had the discretion to grant Defendant's motions, the Court would decline to reduce Defendant's sentence because the Court finds that the need for the sentence to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense under 18 U.S.C. §3553(a) continues to support the below-guideline sentence imposed. The Motions for Reduction in Sentence are denied. (ECF Nos. 58 & 64.)

Except as otherwise provided, all provisions of the judgment dated   05/10/2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   1/23/25

*William Q. Hayes*
_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Hon. William Q. Hayes, U.S. District Judge
*Printed name and title*